UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOE PATRICK FLARITY,<br><br>          Plaintiff,<br><br>   v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>          Defendant. | CIVIL JUDGMENT<br><br>CASE NO. 3:20-cv-6247-RJB |

\_\_\_  **Jury Verdict.**  This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.**  This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- Defendant AIC's Motion for Judgment on the Pleadings (Dkt. 31) IS GRANTED;
- Plaintiff's Motion for Leave to File Amended Complaint (Dkt. 40) IS DENIED;
- This case IS CLOSED.

Dated this 11th day of May, 2021.

                        William M. McCool
                        Clerk of Court

                         s/Tyler Campbell
                        Tyler Campbell, Deputy Clerk

Judgment