1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK FLARITY, a marital
community,

                    Plaintiff,

       v.

KENNETH ROBERTS, ARGONAUT
INSURANCE COMPANY, and PIERCE
COUNTY, a municipal corporation, *et al.*,

                    Defendants.

CASE NO. 3:20-cv-06247-RJB

ORDER DENYING PLAINTIFF'S
MOTION FOR RELIEF AND
DEFENDANT'S MOTION FOR
SANCTIONS

THIS MATTER comes before the Court on Plaintiff Joe Flarity's Motion for Relief from

Judgment or Order (Dkt. 55) and Defendant Argonaut Insurance Company's Motion for Rule 11

Sanctions (Dkt. 56).  The Court has considered the pleadings filed regarding the motions and the

remaining file.

**Plaintiff's Motion for Relief**: Plaintiff's motion appears to be a third motion for

reconsideration of the order dismissing his case (Dkt. 49).  In that order, the Court granted

Argonaut Insurance Company's ("Argonaut") motion for judgment on the pleadings and denied

ORDER - 1

1   Plaintiff's Motion for Leave to File Amended Complaint. *Id.* The Court had previously granted

2   motions to dismiss filed by all defendants other than Argonaut. *See id.* On May 11, 2021, the

3   Court entered judgment against Plaintiff.

4         On May 24, 2021, Plaintiff moved for reconsideration. Dkt. 51. On May 25, 2021, the

5   Court denied that motion. Dkt. 52. On May 27, 2021, Plaintiff filed a Motion for Findings of

6   Fact and Conclusions of Law, which argued that the Court had not freely given leave to amend

7   as required by Federal Rule of Civil Procedure 15. Dkt. 53. The Court construed his motion as a

8   motion for reconsideration, and again found that reconsideration was not warranted. Dkt. 54.

9   Plaintiff now moves for relief from judgment or order. Dkt. 55. This again appears to be a

10  motion for reconsideration. *See id.*

11        This case is closed, and this motion is frivolous and without merit. Plaintiff's motion

12  (Dkt. 55) **IS DENIED**. Other than a notice of appeal, any future pleading filed in this matter

13  will be docketed by the clerk of the court, but no further action will be taken.

14        <u>**Argonaut's Motion for Sanctions**</u>: Argonaut moves for sanctions pursuant to Federal

15  Rule of Civil Procedure 11(c), which states in relevant part: "If, after notice and a reasonable

16  opportunity to respond, the court determines that Rule 11(b) has been violated, the court **may**

17  impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is

18  responsible for the violation." (emphasis added).

19        Rule 11(b) prohibits "frivolous" arguments and those "presented for any improper

20  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation."

21        The Court finds that Plaintiff has violated Rule 11(b) but declines to impose sanctions

22  under Rule 11(c). Argonaut's Motion for Sanctions (Dkt. 56) **IS DENIED**.

23        **IT IS SO ORDERED**.

24

1       The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2   to any party appearing *pro se* at said party's last known address.

3       Dated this 15th day of July, 2021.

4

5   ROBERT J. BRYAN

    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 3